HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEITH MATTHEW EMERALD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:14-cr-00165 AWI-BAM |
| Plaintiff, | ) ) ) | |
| v. | ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON |
| KEITH MATTHEW EMERALD, | ) ) ) | |
| Defendant. | ) | |

Pursuant to F. R. Crim. P. 43(b)(3), Defendant, KEITH MATTHEW EMERALD, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant was personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

DATED:    October 7, 2014                          */s/ Keith Matthew Emerald*
                                                   KEITH MATTHEW EMERALD
                                                   (Original signature in file)


DATED:  October 7, 2014                            */s/Janet Bateman*
                                                   JANET BATEMAN
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   KEITH MATTHEW EMERALD




**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings until further order.

IT IS SO ORDERED.

Dated:   **October 7, 2014**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE