BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEITH MATTHEW EMERALD, <br><br> Defendant. | CASE NO. 1:14-CR-00165 AWI-BAM <br><br> EX PARTE MOTION TO DISCLOSE GRAND JURY TESTIMONY TO DEFENDANT |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e)(3)(E) of the Federal Rules of Criminal Procedure to disclose a grand jury transcript of testimony taken on April 17, 2014 in connection with the judicial proceeding now pending.

Dated:  November 21, 2014       BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Melanie L. Alsworth
                                _____
                                MELANIE L. ALSWORTH
                                Assistant United States Attorney

1

BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00165 AWI-BAM |
| Plaintiff, | EX PARTE ORDER TO DISCLOSE GRAND JURY TESTIMONY |
| v. | |
| KEITH MATTHEW EMERALD, | |
| Defendant. | |

Having considered the government's ex parte motion to disclose grand jury transcript of testimony, the Court orders that a copy of the grand jury transcript of testimony referenced in the government's ex parte motion may be provided to the defendant.

IT IS SO ORDERED.

Dated:   November 24, 2014                    _____
                                               SENIOR DISTRICT JUDGE

2