BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KEITH MATTHEW EMERALD,<br><br>                              Defendant. | CASE NO.  1:14-cr-00165-AWI-BAM<br><br>ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

      Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment

against KEITH MATTHEW EMERALD be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   May 1, 2015                _____

                                SENIOR  DISTRICT  JUDGE

3