HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561 / Fax: 559-487-5950

Attorneys for Keith Matthew Emerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00165-AWI-BAM |
| Plaintiff, | APPLICATION FOR RETURN OF PASSPORT; ORDER |
| vs. | |
| KEITH MATTHEW EMERALD, | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

On August 15, 2014, Defendant, Keith Emerald, appeared before the Honorable Gary S. Austin and was ordered released from custody under the supervision of Pretrial Services. Among other conditions, Mr. Emerald was ordered to surrender his passport (#468977690 — DKT #10).

On May 1, 2015, the Honorable Judge Anthony W. Ishii signed the government order for dismissal. As Mr. Emerald's case is now dismissed, defense requests that his passport (#468977690) be returned to him. AUSA Kevin P. Rooney is in agreement with this request.

//

//

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 4, 2015       By: | /s/ *Janet Bateman*<br>JANET BATEMAN<br>ERIC V. KERSTEN<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>KEITH MATTHEW EMERALD |

# **O R D E R**

IT IS HEREBY ORDERED that Defendant Keith Emerald's Passport shall be returned to the defendant forthwith.

IT IS SO ORDERED.

Dated:   May 5, 2015                                      _____
                                                              SENIOR  DISTRICT  JUDGE