HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561 / Fax: 559-487-5950

Attorneys for Keith Matthew Emerald

**FILED**

**MAY 05 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>KEITH MATTHEW EMERALD,<br><br>    *Defendant.* | Case No. 1:14-cr-00165-AWI-BAM<br><br>**AMENDED** APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF PROPERTY; ORDER THEREON |

Defendant Keith Emerald hereby moves this court for an order to exonerate the bond and reconvey property in the above-captioned case.

On August 15, 2014, Defendant Keith Emerald appeared in this matter before Honorable Gary S. Austin, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a $60,000 appearance and compliance bond. The secured bond was posted by Rose Smith as follows:

| | |
|---|---|
| 08/15/2014 | CASH BOND POSTED as to Keith Matthew Emerald in the amount of $60000.00, Receipt number #CAE100026659 posted by Rose M. Smith on 8/15/2014. (Marrujo, C) (Entered: 08/15/2014) |

On May 1, 2015, the government filed a motion to dismiss the indictment in this pending case and the order was signed on the same day by the Honorable Judge Anthony W. Ishii. Defendant Emerald requests that the court exonerate the bond set by this court.

Dated: May 5, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Janet Bateman
JANET BATEMAN
ERIC V. KERSTEN
Attorneys for Keith Emerald

## ORDER

**IT IS HEREBY ORDERED** that the bond in the above-captioned case for the amount of $60,000 be released, exonerated, and returned to Rose Smith.

DATED: May 5, 2015

ANTHONY W. ISHII
Senior United States District Court Judge